BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No.: 006405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 452-6299
Facsimile: (702) 452-6298
Email: lam@bellonandmaningo.com
Attorney for Defendant
FAUSTO CRUZ-OCHOA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 2:16-CR-030-JAD-CWH |
| Plaintiff, | (First Request) |
| vs. | |
| FAUSTO CRUZ-OCHOA, | |
| Defendant. | |

Certification: This Stipulation and Order is being timely filed.

**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT AND CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED by and between LANCE A. MANINGO, ESQ., counsel for the defendant FAUSTO CRUZ-OCHOA, and SUSAN CUSHMAN, Assistant United States Attorney, that the time to file Presentence Investigation Report Objections previously due on October 19, 2016, at 5:00 p.m. be elapsed and reset to a time convenient to the court, but no earlier than ten (10) days from today's date. More, that sentencing date currently scheduled for November 14, 2016 at 9:00 a.m., be vacated and continued to a date and time convenient for this Court; however, in no event earlier than thirty (30) days from the present date of sentencing.

This Stipulation is entered into for the following reasons:

1. That counsel received the Presentence Investigation Report on October 5, 2016, and it was immediately forwarded to an interpreter to be translated into Spanish. Defendant is fluent in Spanish only;

2. That counsel needs additional time to prepare objections to the Presentence Investigation Report and communicate with Defendant;

3. That the AUSA Susan Cushman is agreeable to the continuance;

4. That counsel has spoken to his client, FAUSTO CRUZ-OCHOA, who is in custody, and he has no objection to the continuance;

5. That denial of this request for continuance would deny the defendant, FAUSTO CRUZ-OCHOA, sufficient time within which to effectively make objections to his PSR, if any, and thoroughly prepare for sentencing, taking into account the exercise of due diligence; and

6. That denial of this request for a continuance could result in a miscarriage of justice.

RESPECTFULLY SUBMITTED this 19th day of October, 2016.

| Bellon & Maningo, Ltd | United States of Attorney |
|---|---|
| By: /s/ Lance Maningo<br>LANCE A. MANINGO, ESQ.<br>Attorney for Defendant<br>FAUSTO CRUZ-OCHOA | By: /s/ Susan Cushman<br>SUSAN CUSHMAN, AUSA<br>Attorney for Plaintiff |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | 2:16-CR-030-JAD-CWH |
| Plaintiff, | ) | (First Request) |
| | ) | |
| vs. | ) | |
| | ) | |
| FAUSTO CRUZ-OCHOA, | ) | |
| | ) | |
| Defendant. | ) | |

### FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The parties have stipulated to continue the deadline to file objections to the Presentence Investigation Report and continue sentencing;

2. That counsel received the Presentence Investigation Report on October 5, 2016, and it was immediately forwarded to an interpreter to be translated into Spanish. Defendant is fluent in Spanish only;

3. That counsel needs additional time to prepare objections to the Presentence Investigation Report and communicate with Defendant;

4. That the AUSA Susan Cushman is agreeable to the continuance;

5. That counsel has spoken to his client, FAUSTO CRUZ-OCHOA, who is in custody, and he has no objection to the continuance;

6. That denial of this request for continuance would deny the defendant, FAUSTO CRUZ-OCHOA, sufficient time within which to effectively

3

make objections to his PSR and thoroughly prepare for sentencing, taking into account the exercise of due diligence;

7. That denial of this request for a continuance could result in a miscarriage of justice

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED that the deadline to file objections to the Presentence Investigation Report, previously set for October 19, 2016 is elapsed and continued to November 16, 2016.

IT IS FURTHER ORDERED that the that sentencing in this matter currently scheduled for November 14, 2016 at 9:00 a.m. be vacated and continued to December 19, 2016 at 2:30 p.m.

DATED this 21st day of October, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

/s/ Lance Maningo
BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No.: 006405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Attorney for Defendant
FAUSTO CRUZ-OCHOA