

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-030-JAD-(CWH) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| FAUSTO CRUZ-OCHOA, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p) based upon the plea of guilty by defendant Fausto Cruz-Ochoa to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Fausto Cruz-Ochoa pled guilty. Indictment, ECF No. 54; Amended Bill of Particulars, ECF No. 95; Change of Plea, ECF No. 104; Plea Agreement, ECF No. 106; Preliminary Order of Forfeiture, ECF No. 108.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 16, 2016, through September 14, 2016, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 127.

1       On November 9, 2016, the Federal Bureau of Investigation personally served Everado
2 Hernandez, Inmate No. 50277-048, with copies of the Preliminary Orders of Forfeiture and the
3 Notice. Notice of Filing Service of Process – Personal Service, ECF No. 149.
4       On November 8, 2016, the Federal Bureau of Investigation personally served Kathleen
5 Bliss, Counsel for Juan Almeda-Vasquez, a.k.a. Everado Hernandez-Ulloa, with copies of the
6 Preliminary Orders of Forfeiture and the Notice. Notice of Filing Supplemental Service of
7 Process – Personal Service, ECF No. 150.
8       This Court finds no petition was filed herein by or on behalf of any person or entity and
9 the time for filing such petitions and claims has expired.
10       This Court finds no petitions are pending with regard to the property named herein and
11 the time for presenting such petitions has expired.
12       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all
13 right, title, and interest in the property hereinafter described is condemned, forfeited, and vested
14 in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.
15 Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); and Title 21,
16 United States Code, Section 853(n)(7) and shall be disposed of according to law:

    1. $22,700; and

    2. $5,189

(all of which constitutes property).

20       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
21 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
22 as any income derived as a result of the United States of America's management of any property
23 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
24 according to law.
25 ///
26 ///

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this ___ day of ___April___, 2017.

_____
UNITED STATES DISTRICT JUDGE